**Kathleen BLICK; Harold Blick, Plaintiffs—Appellants,**

**v.**

**WELLS FARGO BANK, N.A., a/k/a N.A. Wells Fargo Bank; Deutsche Bank National Trust Company, as "Trustee" for Soundview Home Loan Trust 2006–WF1 Asset Backed Certificates, Series 2006–WF1; Equity Trustees, LLC, as "Substitute Trustee;" Bierman, Geesing, Ward & Wood, LLC, as "Attorneys for Equity Trustees, LLC,", Defendants—Appellees.**

No. 12–1431.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2012.

Decided: Aug. 14, 2012.

Kathleen Blick, Harold Blick, Appellants Pro Se. John Curtis Lynch, Ethan G. Ostroff, Troutman Sanders, LLP, Virginia Beach, Virginia; Syed Mohsin Reza, LLP, McLean, Virginia; Robert Ryan Michael, Bierman Geesing Ward & Wood, LLC, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathleen Blick and Harold Blick appeal the district court's order granting Defendants' Fed.R.Civ.P. 12(b)(6) motions to dismiss their action to quiet title in real property. On appeal, we confine our review to the issues raised in the Appellants' brief. *See* 4th Cir. R. 34(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blick v. Wells Fargo Bank,* N.A., No. 3:11–cv–00081–NKM–RSB, 2012 WL 1030137 (W.D.Va. Mar. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*